# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARP CORPORATION, | ELECTRONICALLY FILED |
| Plaintiff, | Civil Action No. 08-CV-05088 (PGS) (ES) |
| -against- | ECF Case |
| DELL INC., | Oral Argument Requested |
| Defendant. | Return Date:  March 7, 2011 |

### NOTICE OF PLAINTIFF SHARP CORPORATION'S MOTION TO EXCLUDE THE REPORTS, TESTIMONY AND OPINIONS OF DEFENDANT DELL INC.'S DESIGNATED EXPERT, SCOTT D. PHILLIPS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Evid. 702 and 703 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), the undersigned attorneys for Plaintiff Sharp Corporation ("Sharp") will move before the Honorable Peter G. Sheridan, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608, on March 21, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, for an Order granting Sharp's Motion To Exclude The Reports, Testimony And Opinions Of Defendant Dell Inc.'s Designated Expert, Scott D. Phillips (the "Motion").

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, Sharp shall rely upon the following papers which have been filed under seal pursuant to this Court's February 23, 2009 Order [DKT. 22]:  (1) Memorandum Of Law In Support of the Motion, dated January 21, 2011; and (2) Declaration of Derek Care,

Esq., in Support of the Motion, executed on January 21, 2011.

      PLEASE TAKE FURTHER NOTICE that Sharp hereby requests oral argument.

| | |
|---|---|
| Dated: New York, New York<br>      January 21, 2011 | LOWENSTEIN SANDLER PC<br><br>By: /s/  Robert J. Kipnees<br>    Robert J. Kipnees<br>    rkipnees@lowenstein.com<br>65 Livingston Avenue<br>Roseland, New Jersey 07068-1791<br>Tel.: (973) 597-6220<br>Fax:  (973) 597-6221<br><br>and<br><br>BINGHAM McCUTCHEN LLP<br>    Richard S. Taffet<br>    richard.taffet@bingham.com<br>    Kenneth I. Schacter<br>    kenneth.schacter@bingham.com<br>    Edward F. Maluf<br>    edward.maluf@bingham.com<br>399 Park Avenue<br>New York, NY  10022-4689<br>Tel.: (212) 705-7000<br>Fax: (212) 752-5378<br><br>*Attorneys for Plaintiff*<br>*Sharp Corp.* |