# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212 408 2500
FAX +1 212 408 2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

Doreen L. Costa
(212) 408-2576
FAX (212) 259-2576
doreen.costa@bakerbotts.com

April 27, 2011

**BY E-FILING**

The Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

SO ORDERED: /s/ Peter G. Sheridan
DATED: 4/27/11

Re: Sharp Corp. v. Dell Inc., 08-cv-05088-PGS-ES

Dear Judge Sheridan:

I am counsel to Defendant Dell Inc. ("Dell") in the above referenced matter and write to the Court to request permission to bring certain equipment into the courtroom during the oral argument of the Daubert motions scheduled before The Honorable Peter G. Sheridan on May 2-3, 2011.

Dell requests permission to bring in laptop computers and blackberry devices.

The undersigned counsel can be available to speak with the Court at its early convenience.

Respectfully submitted,

BAKER BOTTS L.L.P.

Doreen L. Costa

cc: Edward F. Maluf, Esq. (by ECF)
    Richard S. Taffet, Esq. (by ECF)
    Derek Care, Esq. (by ECF)

NY02 711323.1